IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

JANE MOE,                                          )
                                                   )
            Plaintiff,                             )            2:20-CV-01468-DWA
                                                   )
      vs.                                          )
                                                   )
ANDREW MARSHALL SAUL, IN HIS                       )
OFFICIAL CAPACITY AS COMMISSIONER                  )
OF SOCIAL SECURITY,                                )
                                                   )
            Defendant.

AMBROSE, United States Senior District Judge

      AND NOW, to wit, this 3rd day of March , 2021, upon consideration of Plaintiff's Motion to Compel Discovery and Defendant's Response in Opposition thereto, IT IS HEREBY ORDERED that said Motion (ECF No. 38) is DENIED.  The Court's jurisdiction over this case is based on the Social Security Act, 42 U.S.C. § 405(g), which ordinarily does not permit discovery, and I find no circumstances warranting the same.  The certified administrative record shall be filed with the Court and provided to Plaintiff, in accordance with this Court's order dated February 22, 2021.  (ECF No. 37).

BY THE COURT:

_____
Donetta W. Ambrose,
United States Senior District Judge